**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOVANY GALLARDO,<br><br>　　　　　　　　Defendants. | Case No.: 21-cr-01586-JLS<br>SUPERSEDING<br><u>I N F O R M A T I O N</u><br>Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Distribute Methamphetamine (Felony) |

The United States Attorney charges:

### Count 1

Beginning at a date unknown to the grand jury and no later than March 6, 2020, and continuing up to and including March 10, 2020, within the Southern District of California, defendants Corinna Thing (charged elsewhere) and JOVANY GALLARDO, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 5 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846..

DATED: 7/27/22　　　　　　　.

　　　　　　　　　　　　　　　RANDY S. GROSSMAN
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　*/s/ Brandon J. Kimura*
　　　　　　　　　　　　　　　Brandon J. Kimura
　　　　　　　　　　　　　　　Assistant U.S. Attorney

CVW:DCA:San Diego
7/27/2022