1  KNUT S. JOHNSON (CSB 125725)
2  LAW OFFICE OF KNUT S. JOHNSON
   655 West Broadway, Suite 900
3  San Diego, California 92101
   (619) 232-7080 (Phone)
4  knut@knutjohnson.com

5
                UNITED STATES DISTRICT COURT
6               SOUTHERN DISTRICT OF CALIFORNIA

7  | UNITED STATES, | CASE NO: 21-cr-01586-JLS |
8  | Plaintiff, | |
9  | vs. | **NOTICE OF APPEAL,** |
10 | **Jovany Gallardo**, | **REQUEST FOR APPOINTMENT OF NEW COUNSEL** |
11 | Defendant. | |

14      TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS
15 ATTORNEYS OF RECORD:
16      Notice is hereby given that Inmate, Defendant/Appellant, **Jovany
17 Gallardo**, hereby appeals to the United States Court of Appeals for the
18 Ninth Circuit.  This appeal is from the final judgment and sentence entered
19 on August 25, 2023.
20
21      Please take further notice the **Defendant/Appellant also asks this
22 Court to appoint new counsel under the Criminal Justice as he wishes to
23 raise issues on appeal related to his trial counsel**.
24      Dated:      August 28, 2023   Respectfully submitted,
25
26                            /s/ Knut Johnson
                              Knut S. Johnson, Esq.
27
28